# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: THE COMPLAINT OF NOVA GROUP, INC., et al. FOR EXONERATION FROM, OR LIMITATION OF, LIABILITY, | Case No. 20-cv-1202-MMA (AHG)<br><br>**ORDER DIRECTING ISSUANCE OF MONITION AND INJUNCTION; ISSUING NOTICE; AND APPROVING AD INTERIM STIPULATION FOR VALUE**<br><br>[Doc. No. 2] |

Plaintiffs Nova Group, Inc., owner; Shimmick Construction Company, Inc.; and Nova Shimmick, a joint venture, owners *pro hac vice* (collectively, "Plaintiffs"), of the barge BMC-32, Official Number 673879, and her engines, tackle, and appurtenances ("Vessel"), filed a Complaint on June 29, 2020, seeking exoneration from, or limitation of, liability as provided for by statute, for all losses, injuries, damages, and deaths resulting or arising from the Vessel's voyage on December 14, 2017.  Plaintiffs assert that the value of the Vessel at the end of the voyage on December 14, 2017 did not exceed $400,000.00, and that claims may be asserted against Plaintiffs for loss, injuries, damage, or death, and that said claims are subject to limitation in the action now on file in this Court.  Plaintiffs executed and filed an *Ad Interim* Stipulation for Value in the

amount of $400,000.00 with interest at six percent (6%) per annum, as security for the amount or value of the Plaintiffs' interest in the Vessel, if any.

**IT IS HEREBY ORDERED** that the above-described *Ad Interim* Stipulation for Value deposited by the Plaintiffs with the Court for the benefit of claimants, in the sum of $400,000.00 with interest at six percent (6%) per annum, as security for the amount or value of the Plaintiffs' interest in the Vessel, if any, is hereby approved.

**IT IS FURTHER ORDERED** that a notice and monition hereby issues out of, and under the seal of, this Court to and against all persons and entities claiming losses, damages, injuries, or death resulting or arising from the subject voyage of the BMC-32 on December 14, 2017, admonishing them to appear and file their respective claims and answers with the Clerk of this Court on or before 30 days after the filing of this Order, and to make due proof of their respective claims in such manner as may hereinafter be directed by further order of this Court, with liberty to any claimants who have duly filed their claims to answer the Plaintiffs' Complaint and to file such answer with the Clerk of this Court on or before the date specified above at U.S. District Court, Southern District of California, 221 West Broadway, San Diego, CA 92101, and serve on or mail a copy thereof to Plaintiffs' attorneys, Cox, Wootton, Lerner, Griffin & Hansen LLP, Mark E. Tepper/Edward F. Sears, 900 Front Street, Suite 350, San Francisco, CA 94111, or be defaulted and forever barred.

**IT IS FURTHER ORDERED** that the Plaintiffs shall give public notice of said monition pursuant to Federal Rules of Civil Procedure, Supplemental Rule F(4) for Certain Admiralty and Maritime Claims, by causing such notice to be published in a newspaper of general circulation in San Diego, California, once per week for four consecutive weeks prior to the deadline set out above for the filing of claims. The form of the notice shall conform substantially with the Notice to Claimants of Limitation of Liability Action and notice for publication concurrently submitted by the Plaintiffs, and included in their pleadings, and is approved by this Court.

**IT IS FURTHER ORDERED** that not later than the date of the second

publication of said notice, the Plaintiffs shall mail a copy of said notice to every person and entity known to have made any outstanding claim against the Plaintiffs or the Vessel arising from the subject voyage.

**IT IS FURTHER ORDERED** that the institution or prosecution of any suit, action, or other legal or administrative proceeding of any nature in any venue (outside these proceedings) against the Plaintiffs or the Vessel, regarding any claim resulting or arising from the subject voyage are hereby enjoined, stayed, and restrained, said injunction to remain in effect until the determination of this action in this Court.

**IT IS FURTHER ORDERED** that service of this order as an Injunction shall be made by delivering a certified copy hereof to the person or persons to be enjoined, or to their respective attorneys or representatives.

**IT IS SO ORDERED**.

Dated: July 10, 2020

_____
HON. MICHAEL M. ANELLO
United States District Judge